UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bar Processing Corporation,

                Plaintiff(s),

v.                                          Case No. 2:19–cv–11120–NGE–APP
                                             Hon. Nancy G. Edmunds
Taft, Stettinius & Hollister LLP,           Magistrate Judge Anthony P. Patti

                Defendant(s).

_____

**NOTICE OF FILING FEE NOT PAID**

    Take notice that a new case has been filed that requires a filing fee and the filing fee has not been paid.*

    If the filing fee is not received by the Clerk's Office within seven calendar days of this notice, or if an application to proceed *in forma pauperis* is not electronically filed within seven calendar days of this notice, this case may be dismissed.


                                                  s/ S Krause
                                                  Deputy Clerk


**Certification**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.


                                                  s/ S Krause
                                                  Deputy Clerk

Dated:  April 19, 2019


* Note:  The filing fee for this case can no longer be paid online using CM/ECF.  Payment must be hand–delivered or mailed to the United States District Court, Eastern District of Michigan Clerk's Office, 231 W. Lafayette Boulevard, Detroit, MI 48226.