# EXHIBIT B

# Taft/

Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500 / Cleveland, Ohio 44114-2302
Tel: 216.241-2838 / Fax: 216.241.3707
www.taftlaw.com
FEIN#: 31-0541755

August 16, 2019
Invoice # 3364489

BAR PROCESSING CORPORATION
c/o PAUL LANZON, CEO
P.O. BOX 1050
FLAT ROCK, MI 48134

## INVOICE SUMMARY

BPC07/GN003 LCD

For professional services rendered and costs advanced through July 31, 2019:

RE:  Edwards, Willie (16-107432)

Professional Services

Costs Advanced

TOTAL THIS INVOICE

DUE UPON RECEIPT



# BAR PROCESSING CORPORATION

26601 W. Huron River Dr. • P.O. Box 1050 • Flat Rock, MI 48134 • PH (734) 782-4454 • FAX (734) 782-5640 • www.frm.com

October 25, 2019

Lawrence C. Davidson, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302

   ***Re: Discontinuation of Legal Services***

Dear Mr. Davison:

   In connection with the termination of the attorney/client relationship between Bar Processing Corporation ("BPC") and Taft Stettinius & Hollister LLP, please forward any and all records related to the Willie Edwards, Richard Manzo and Anthony Johnson matters pending with the Ohio workers' compensation bureau, to BPC's new counsel:

   Steven P. Dlott
   Certified Specialist in Workers' Compensation Law
   Meyers, Roman, Friedberg & Lewis
   28601 Chagrin Boulevard, Suite 500
   Cleveland, OH 44122
   (216) 831-0042, ext. 137
   (216) 831-0542, fax
   sdlott@meyersroman.com

   Thank you for your anticipated cooperation. Should you have any questions, please do not hesitate to contact me or Mr. Dlott.

         BAR PROCESSING CORPORATION



         By: Jennifer Bellard

         Its: _____

CC: Mr. Steven P. Dlott

| **BPC Monroe** | **BPC Newton Falls** | **BPC Illinois** | **BPC Warren** | **BPC Canton** | **BPC Wickliffe** |
|---|---|---|---|---|---|
| 550 Ternes Drive | 1000 Windham Road | 1601-33 Wentworth | 22534 Groesbeck Highway | 1817 20th Street NE | 1271 E. 289th Street |
| Monroe, MI 48162 | Newton Falls, OH 44444 | Chicago Heights, IL 60411 | Warren, MI 48089 | Canton, OH 44714 | Wickliffe, OH 44092 |
| PH (734) 243-6937 | PH (330) 872-0914 | PH (708) 757-4570 | PH (586) 498-0082 | PH (330) 452-4409 | PH (440) 943-0094 |
| FAX (734) 243-8587 | FAX (330) 872-0231 | FAX (708) 757-6155 | FAX (586) 443-5203 | FAX (330) 452-4419 | FAX (440) 943-6071 |

# Taft /

**Lawrence C. Davison** / Partner
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Tel: 216.241.2838 • Fax: 216.241.3707
Direct: 216.706.3910 • Cell: 440.225.3587
**www.taftlaw.com** / ldavison@taftlaw.com

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BP000185